**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JESSE L. RITCHIE,

    Petitioner,

v.                                                             Case No. 07-15319
                                                          Hon. Lawrence P. Zatkoff

JEFF WHITE,

    Respondent.
                                               /

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Komives's Report and Recommendation [dkt 14], in which the Magistrate Judge recommends that the Court deny Petitioner's petition for writ of habeas corpus, and deny a certificate of appealability. Petitioner has filed objections to the Report and Recommendation [dkt 15], and the Court reviews the objected-to portions of the Report and Recommendation *de novo*. The Court has thoroughly reviewed the court file, the Report and Recommendation, and Petitioner's objections. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the petition for writ of habeas corpus [dkt 1] is DENIED.

IT IS FURTHER ORDERED that Petitioner's request to issue a certificate of appealability is DENIED.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: May 24, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 24, 2010.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290