**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


JESSE L. RITCHIE,

      Petitioner,

v.                                                                    Case No. 07-15319
                                                                      Hon. Lawrence P. Zatkoff
JEFF WHITE,

      Respondent.

_____/

## JUDGMENT

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order

dated May 24, 2010, Petitioner's action is DISMISSED WITH PREJUDICE.

      Dated at Port Huron, Michigan, this 24th day of May, 2010.


                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                    BY:    S/Marie E. Verlinde
                                Marie E. Verlinde
                                Case Manager


APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE